

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00734-CR

**IN RE** Luis Angel **GONZALEZ-BOCAS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Adrian A. Spears II, Justice
                   H. Todd McCray, Justice
                   Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Luis Angel Gonzalez-Bocas, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Gonzalez-Bocas is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 15082CR, styled *The State of Texas v. Luis Angel Gonzalez-Bocas*, pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.